UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DUWAYNE WILLIAM OTTO, | CIVIL NO. 15-89 (SRN/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| JOAN FABIAN,<br>Commissioner of Corrections,<br>TOM ROY,<br>Commissioner of Corrections, | |
| Defendants. | |

The above matter came before the undersigned on the Report and Recommendation of Magistrate Judge Janie S. Mayeron dated March 30, 2016. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 19, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court